## **RETURN OF SERVICE**

### UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 1:20-CV-1181                                                                                              Date Filed: _____

Plaintiff:
**Securities and Exchange Commission**

vs.

Defendant:
**Ackerman, Michael W.**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier CPS to be served on **Michael W. Ackerman, 3875 East Lake Road, Sheffield, OH 44054**.

I, Ben Purser, do hereby affirm that on the **25th day of February, 2020** at **5:45 pm, I:**

Served Summons in a Civil Action; Complaint for Injunctive and Other Relief personally to Michael W. Ackerman at University Hospitals, 5001 Transportation Drive, Room 2015, Sheffield, OH 44054.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____   02/26/2020
**Ben Purser**                                              **Date**

**Cavalier CPS**
**823-C S King Street**
**Leesburg, VA 20175**
**(703) 431-7085**

Our Job Serial Number: CAV-2020001969
Ref: MIRO-61108

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k

