IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,                                                           Civil Action No. 1:20-cv-1181

v.

MICHAEL W. ACKERMAN,

    Defendant.

_____/

## PLAINTIFF SECURITIES AND EXCHANGE COMMISSIONS REQUEST FOR ENTRY OF DEFAULT AGAINST DEEFNDANT MICHAEL W. ACKERMAN

**TO THE CLERK OF COURT:**

Pursuant to Fed. R. Civ. P. 55(a) and Local Civil Rule 55.1, the Securities and Exchange Commission requests that the Clerk enter the proposed certificate noting the default of Defendant Michael W. Ackerman ("Ackerman).

In support of this request, the Commission relies on the attached Declaration of Amie Riggle Berlin showing that: (i) Ackerman is not an infant and is not in the military; (ii) is not an incompetent person, but service of process occurred in the hospital and we believe he remains in the hospital; (iii) Ackerman has failed to plead in response to the complaint or otherwise defend the action; and (iv) the summons and complaint were properly served on Ackerman.

June 12, 2020                    By:    s/Amie Riggle Berlin
                                           Amie Riggle Berlin
                                           Senior Trial Counsel
                                           N.Y. Bar No. 3052685
                                           Direct Dial: (305) 982-6322
                                           Email: BerlinA@sec.gov
                                           **Attorney for Plaintiff Securities and Exchange Commission**
                                           801 Brickell Ave., Suite 1800
                                           Miami, FL 33131
                                           Telephone: (305) 982-6322
                                           Facsimile: (305) 536-4154
                                           berlina@sec.gov

CERTIFICATE OF SERVICE

      I hereby certify that on June 12, 2020, a copy of the foregoing was filed electronically and served by mail on Defendant Michael W. Ackerman at both his residential address as well as the address where service of process occurred.

    Michael W. Ackerman
    3875 East Lake Road
    Sheffield, OH 44054

    Michael W. Ackerman
    University Hospitals
    5001 Transportation Drive
    Room 2015
    Sheffield, OH 44054