IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,                                                            Civil Action No. 1:20-cv-1181

v.

MICHAEL W. ACKERMAN,

    Defendant.
_____/

## DECLARATION IN SUPPORT OR REQUEST FOR CERTIFICATE OF DEFAULT

I, Amie Riggle Berlin, counsel for Plaintiff Securities and Exchange Commission in this case, hereby declare as follows:

1. I am an attorney admitted to practice before the courts of the State of New York and Florida. I currently am Senior Trial Counsel in the Securities and Exchange Commission's Miami Regional Office and represent the Securities and Exchange Commission in this matter. I submit this declaration in support of Plaintiff's Request for Entry of Default Against Defendant Michael W. Ackerman.

2. This action was commenced on February 11, 2020 [D.E. 1].

3. The Commission served Michael W. Ackerman via personal delivery by a process server on February 25, 2020 [D.E. 7, Certificate of Service].

4. The time for defendant Michael W. Ackerman to answer or otherwise move with respect to the Complaint herein has expired.

5. Mr. Ackerman has not answered or otherwise moved with respect to the Complaint, and the time for Mr. Ackerman to answer or otherwise move has not been extended.

6. Mr. Ackerman is not an infant or incompetent.

7.      Mr. Ackerman is not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, plaintiff Securities and Exchange Commission requests that the default of defendant Michael W. Ackerman be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief, that the relief sought in the Complaint is warranted, and that the Defendant has not paid any portion of the monetary relief the Commission seeks in this case.

Executed on July 23, 2020 in Key Biscayne, Florida.

July 23, 2020                         By:    s/Amie Riggle Berlin
                                             Amie Riggle Berlin
                                             Senior Trial Counsel

                                             Attorney for Plaintiff
                                             U.S. Securities and Exchange Commission
                                             801 Brickell Avenue, Suite 1800
                                             Miami, FL 33131
                                             Telephone: 305-982-6322
                                             Fax: 305-536-4154
                                             berlina@sec.gov