UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

U.S. Securities and Exchange Commission,

Plaintiff(s),

- against -

Michael W. Ackerman

Defendant(s),
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2020
```

20- Civ. 1181   (NRB)

**CLERK'S CERTIFICATE
OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on February 11, 2020 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Michael W. Ackerman by personally serving Michael W. Ackerman via a process server on February 25, 2020, and proof of service was therefore filed on March 3, 2020, Doc. #(s) 7.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

July 27, 2020

RUBY J. KRAJICK
Clerk of Court

By:  /s/ K. Margo
Deputy Clerk

SDNY Web 3/2015