# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,                                        Civil Action No. 1:20-cv-1181

v.

MICHAEL W. ACKERMAN,

    Defendant.

_____/

## CERTIFICATE OF SERVICE

    This is to certify that I have on this day electronically filed the following documents using the CM/ECF system:

    1.    Notice of Motion for Entry of Default Judgment Against Defendant Michael Ackerman;

    2.    Plaintiff's Memorandum of Law In Support of Its Motion for Entry of Default Judgment Against Defendant Michael Ackerman;

    3.    Proposed Default Judgment Against Defendant Michael Ackerman;

    4.    Letter to Judge Buchwald, submitted pursuant to Section 2(E)(1) of the Judge's individual practices, outlining the substantive arguments advanced in Plaintiff's Motion;

    5.    Declaration of Amie Riggle Berlin Pursuant to 28 U.S.C. § 1746;

and that I have served the foregoing documents on Defendant Michael Ackerman by mail at the following address: Michael Ackerman, 3875 East Lake Road Sheffield Lake, OH 44054.

January 12, 2021                                          By: s/ Amie Riggle Berlin
    Amie Riggle Berlin, Esq.
    Senior Trial Counsel
    Florida Bar No. 630020
    Direct Dial: (305) 982-6322
    berlina@sec.gov

    Securities and Exchange Commission
    801 Brickell Avenue
    Suite 1800
    Miami, Florida 33131
    Tel: (305) 982-6300
    Facsimile: (305) 536-4154