UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,                    20 Civ. 1181 (NRB)

             - against -                          **ORDER**

MICHAEL ACKERMAN,

                    Defendant.
-----------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


     WHEREAS, on January 12, 2021, plaintiff filed a motion

for default judgment against defendant Ackerman seeking

injunctive relief, disgorgement, and civil monetary penalties

(ECF No. 14); and

     WHEREAS defendant Ackerman is currently facing criminal

charges for related conduct in United States v. Ackerman, No.

20 Cr. 93 (LTS) (S.D.N.Y.); and

     WHEREAS the resolution of defendant Ackerman's criminal

case will inform the Court's consideration of the appropriate

relief in this action; and

     WHEREAS plaintiff has informed the Court that it has no

objection to resolving its motion for default judgment until

defendant Ackerman's criminal case has been resolved; it is

hereby

**ORDERED** that plaintiff's motion for default judgment is denied without prejudice; and it is further

**ORDERED** that plaintiff is granted leave to file a renewed motion for default judgment following the resolution of defendant Ackerman's criminal case.

The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 14.

Dated:    New York, New York
          August 3, 2021

          _____
          NAOMI REICE BUCHWALD
          UNITED STATES DISTRICT JUDGE