IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,                                              Civil Action No. 1:20-cv-1181

v.

MICHAEL W. ACKERMAN,

    Defendant.

_____/

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the following documents using the CM/ECF system:

    1.    Notice of Motion for Entry of Default Judgment Against Defendant Michael Ackerman;

    2.    Plaintiff's Memorandum of Law In Support of Its Motion for Entry of Default Judgment Against Defendant Michael Ackerman;

    3.    Proposed Default Judgment Against Defendant Michael Ackerman;

    4.    Letter to Judge Buchwald, submitted pursuant to Section 2(E)(1) of the Judge's individual practices, outlining the substantive arguments advanced in Plaintiff's Motion;

    5.    Declaration of Amie Riggle Berlin Pursuant to 28 U.S.C. § 1746;

and that I have served the foregoing documents on Defendant Michael Ackerman by having them mailed on this same date to Michael Ackerman, 3875 East Lake Road Sheffield Lake, OH 44054

December 2, 2022                      By:    s/Amie Riggle Berlin
                                                               Amie Riggle Berlin
                                                               Senior Trial Counsel
                                                               N.Y. Bar No. 3052685
                                                               Direct Dial: (305) 982-6322
                                                               Email: BerlinA@sec.gov
                                                               **Attorney for Plaintiff Securities and Exchange Commission**
                                                               801 Brickell Ave., Suite 1800
                                                               Miami, FL 33131
                                                               Telephone: (305) 982-6322
                                                               Facsimile: (305) 536-4154
                                                               berlina@sec.gov