## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,
    Plaintiff,

v.

MICHAEL W. ACKERMAN,
    Defendant.
_____/

Civil Action No. 1:20-cv-1181

### PLAINTIFF'S NOTICE OF FILING PROPOSED FINAL JUDGMENT AGAINST DEFENDANT MICHAEL ACKERMAN

Plaintiff Securities and Exchange Commission hereby files a revised proposed Final Judgment against Defendant Michael Ackerman.

December 16, 2022

By: s/Amie Riggle Berlin
Amie Riggle Berlin
Senior Trial Counsel
N.Y. Bar No. 3052685
Direct Dial: (305) 982-6322
Email: BerlinA@sec.gov

**Attorney for Plaintiff Securities and Exchange Commission**
801 Brickell Ave., Suite 1800
Miami, FL 33131
Telephone: (305) 982-6322
Facsimile: (305) 536-4154
berlina@sec.gov

### CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2022, a copy of the foregoing was filed electronically and caused to be served by UPS on Defendant Michael W. Ackerman.

Michael W. Ackerman
3875 East Lake Road
Sheffield, OH 44054

s/Amie Riggle Berlin